UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:14-CR-61-1-H

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER TO CONTINUE DETENTION HEARING |
| v. | |
| EMMANUEL JEROME GARDNER | |

This matter having come before the Court by motion of the Office of the Federal Public Defender to continue the detention hearing of the Defendant, and for good cause shown, it is hereby ORDERED that the detention hearing shall be continued until October 6, 2014, at 10:00 a.m. in the United States Courthouse Annex in Greenville.

This Court finds the ends of justice served by granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h).

IT IS SO ORDERED.

This 1st day of October 2014.

_Kimberly A. Swank_
KIMBERLY A. SWANK
United States Magistrate Judge