IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:03-CR-14-H
NO. 4:14-CR-61-1H

UNITED STATES OF AMERICA,　　）
　　　　　　　　　　　　　　）
　　　　　　　　　　　　　　）
　　　　　　　　　　　　　　）
　　　v.　　　　　　　　　　）
　　　　　　　　　　　　　　）　　**ORDER**
　　　　　　　　　　　　　　）
EMMANUEL JEROME GARDNER,　　）
　　　　　　　　　　　　　　）
　　　Defendant.　　　　　　）
　　　　　　　　　　　　　　）

This matter is before the Court on the defendant's unopposed Motion to Extend the Pretrial Motions Deadline and to Continue the Arraignment and Trial in the afore-cited cases. Upon good cause shown, it is hereby ORDERED that defendant shall be allowed through and including March 16, 2015, to file said Motions, the Responses shall be due March 31, 2015, the arraignment shall be set for the court's April 7, 2015, term. The supervised release revocation hearing in 4:03-CR-14 is hereby continued to this court's July 7, 2015 term. In light of this motion, defendant's motion for speedy trial [DE #57]is deemed moot. Finally, the court has reviewed defendant's pro se motion to dismiss and finds it to be wholly without merit. The motion [DE #41] is therefore DENIED.

It is further ordered that any delay that results from this continuance is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A) for the reason that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.

This ÁFI\å day of December 2014.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26