IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:03-CR-14-H
NO. 4:14-CR-61-1H

UNITED STATES OF AMERICA,            )
                                     )
                                     )
                                     )
     v.                              )
                                     )          **ORDER**
                                     )
EMMANUEL JEROME GARDNER,             )
                                     )
     Defendant.                      )
                                     )

This matter is before the Court on defense counsel's motion to withdraw. The court hereby schedules a hearing on the motion to withdraw for this court's April 7, 2015, term of court. Due to the pending motion to withdraw, the arraignment and trial in 4:14-CR-61-1H is continued to this court's June 9, 2015, term of court. It is hereby ORDERED that defendant shall be allowed through and including May 15, 2015, to file any pretrial motions, the responses shall be due May 31, 2015. The supervised release revocation hearing in 4:03-CR-14 is hereby continued to this court's August 11, 2015 term.

It is further ordered that any delay that results from this continuance is excluded from Speedy Trial Act computation

pursuant to 18 U.S.C. § 3161(h)(7)(A) for the reason that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.

This 16th day of March 2015.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26