IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:14-CR-61-H
No. 4:03-CR-14-H

UNITED STATES OF AMERICA,       )
                                )
        v.                      )
                                )       **ORDER**
EMMANUEL JEROME GARDNER,         )
        Defendant.              )

This matter is before the court on the government's motion for an order authorizing consumptive DNA testing. [D.E. #72]. The defendant has responded [D.E. #78], but, in the interim period of time since defendant filed his response, new counsel has been appointed to represent the defendant.

Counsel for the defendant shall have seven (7) days from entry of this order to file any supplemental response to the government's motion for an order authorizing consumptive DNA testing. The government shall have seven (7) days from the filing of any such response to file a reply if it so chooses. After this time and upon review of any additional filings, the court shall enter an order regarding disposition of this matter.

This _17th_ of April 2015.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#34

Case 4:14-cr-00061-H   Document 89   Filed 04/17/15   Page 1 of 1